STATE v. J. B. BRYAN.

*False Pretense—Indictment.*

Since the passage of chapter 205, Acts of 1891, which defines a felony to be a crime punishable by death or imprisonment in the State prison, an indictment for obtaining goods by false pretenses is fatally defective if the word " feloniously " be omitted.

INDICTMENT for false pretense, tried at Fall Term, 1892, of CRAVEN Superior Court, before *Shuford, J.*

*The Attorney General*, for the State.
*Messrs. S. C. Bragaw* and *R. B. Nixon*, for defendant (appellant).

STATE *v.* JACKSON.

PER CURIAM: The omission of the word "feloniously" in indictments for obtaining goods by false pretenses is, since the passage of the Act of 1891, ch. 205, a fatal defect, as the Attorney General admits. *State* v. *Skidmore,* 109 N. C., 795.

It is not improper to say, however, in view of the contention of counsel, that there is more than a scintilla of evidence to support the charge, if preferred in the required form.                                                          Error.